UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE LUIS ECHAVARRIA-CHAPA | * |
| | * |
| VS | *   C.A. NO. B-01-128 |
| | * |
| E.M. TROMINSKI, ET AL | * |

## ORDER SETTING HEARING

The evidentiary hearing, in above-captioned and numbered cause of action, is hereby set for November 28, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 7th day of November 2001.

_____
Felix Recio
United States Magistrate Judge