14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE LUIS ECHAVARRIA-CHAPA | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | B-01-128 |
| E.M. TROMINSKI, DISTRICT | ) | |
| DIRECTOR, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

COMES NOW, E.M. Trominski, Immigration and Naturalization Service ("Service")

District Director, by and through Gregory A. Serres, United States Attorney for the Southern

District of Texas, and hereby files the administrative record of Petitioner JORGE LUIS

ECHAVARRIA-CHAPA with this Court for review.

                                         Respectfully submitted,

                                           GREGORY A. SERRES
                                           United States Attorney
                                           Southern District of Texas

                                           LISA M. PUTNAM
                                           Special Assistant U.S. Attorney
                                           Attorney in Charge
                                           Georgia Bar No. 590315
                                           Federal Bar No. 23937
                                           P.O. Box 1711
                                           Harlingen, Texas 78551
                                           Tel:  (956) 389-7051
Date:  December 11, 2001                  Fax:  (956) 389-7057

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX  78586

on this the __11th__ day of __December__, 2001.

                                        Lisa M. Putnam
                                        Special Assistant U.S. Attorney