

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk   :    M Garcia
Court Reporter    :    Barbara Barnard
Interpreter       :       Sandra Cortez
CSO               :    Davidson
Date              :    December 14, 2001 at 2:00 pm
------------------------------------------------------------------
CASE CA NO. B-01-128 (HGT)
Jorge Luis Echavarria-Chapa                          L Brodyaga
vs
E.M. Trominski, et al                                L Putnam
------------------------------------------------------------------
```

**EVIDENTIARY HEARING**

Petitioner present with this attorney, L Bordyaga; L Putnam present for the respondent;

L Bordyaga states the facts of the case and presents her argument before the Court;

L Putnam proceeds to address the Court;

The Court advised counsel that a Report and Recommendation would be filed;

Court adjourned.