ORIGINAL

16

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

JORGE LUIS ECHAVARRIA-    )
CHAPA                     )
                          )
VS.                       )   CIVIL ACTION NO. B-01-128
                          )
E.M. TROMINSKI, ET AL     )

MOTIONS

On the 14th day of December, 2001, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Felix Recio, Judge Presiding, held in Brownsville, Texas.

Proceedings reported by computerized stenotype machine.