UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE LUIS ECHAVARRIA-CHAPA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-128 |
| | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR | § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED that before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The Petitioner's Application for a Writ of Habeas Corpus is hereby **GRANTED**. Further, the case is hereby **REMANDED** to the Board of Immigration Appeals for further proceedings.

DONE at Brownsville, Texas this ____ day of _____, 2002.

Hilda Tagle
United States District Judge